# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>CLARK-CUTLER-MCDERMOTT COMPANY, *et al.,* [1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 16-41188 (CJP)<br><br>(Jointly Administered and Substantively Consolidated) |
| Craig R. Jalbert, in his capacity as Liquidating Trustee,<br><br>                        Plaintiff,<br>vs.<br><br>Consolidated Fibers, Inc.; and CIT Group, Inc.,<br><br>                        Defendant. | Adv. No. 18-04086 |

## NOTICE OF DISMISSAL OF DEFENDANT CONSOLIDATED FIBERS, INC. ONLY

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses *Defendant Consolidated Fibers, Inc. ONLY* in its entirety with prejudice. An answer has not been filed.

Dated: December 5, 2018        ASK LLP

                                     By:    */s/ Kara E. Casteel*
                                                  Kara E. Casteel, Esq., MN SBN 0389115
                                                  *(admitted Pro Hac Vice)*
                                                  Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
                                                  Brigette G. McGrath, Esq., NY SBN 4962379
                                                  *(admitted Pro Hac Vice)*
                                                  2600 Eagan Woods Drive, Suite 400
                                                  St. Paul, MN  55121
                                                  Telephone: (651) 406-9665
                                                  Email: kcasteel@askllp.com

                                                  *-and-*

---

[1]  The Debtors in these Chapter 11 Cases are Clark-Cutler-McDermott Company ("CCM") and CCM Automotive Lafayette LLC ("Lafayette"). As of the Petition Date, CCM's corporate headquarters were located at 5 Fisher Street, Franklin, Massachusetts, 02038. Lafayette, a wholly owned subsidiary of CCM Automotive LLC, had its principal place of business at 1465 Shattuck Industrial Boulevard, Lafayette, Georgia 30728.

Edward E. Neiger, Esq.
151 West 46th Street, 4th Floor
New York, NY  10036
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Craig R. Jalbert, in his capacity as Liquidating Trustee*